LUCAS VALLEY LAW
MARK K. de LANGIS (SBN 190083)
mdelangis@lucasvalleylaw.com
2110 Elderberry Lane
San Rafael, California  94903
Telephone:  (415) 472-3892
Facsimile:  (415) 472-3977

Attorney for Plaintiffs
APL CO. Pte., LTD. and
AMERICAN PRESIDENT LINES, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

APL CO. Pte., LTD., a corporation, and
AMERICAN PRESIDENT LINES, LTD.,
a corporation,

         Plaintiffs,

    v.

PACTRANS AIR & SEA, INC., a
corporation,

         Defendant.

No. CV10-7347 - JHN (SSx)

COMPLAINT FOR

1. BREACH OF MARITIME
   CONTRACT;
2. OPEN ACCOUNT;
3. COMMON COUNT FOR
   SERVICES PERFORMED

     Plaintiffs APL Co. Pte., Ltd. and America President Lines, Ltd.  (collectively "APL") complain against defendant Pactrans Air & Sea,  Inc. and allege as follows:

## JURISDICTION AND VENUE

    1.    The following claims are admiralty and maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and fall within the admiralty jurisdiction of this Court under 28 U.S.C. section 1333.

1    2.      Venue is proper in the Central District of California because

2    defendant's cargo was imported into the United States via the port of Los Angeles,

3    California, located within this district.

4                                    **PARTIES**

5    3.      Plaintiff APL Co. Pte., Ltd. is, and at all relevant times was, a

6    corporation duly organized and existing under the laws of Singapore, registered to

7    do business in the State of California.

8    4.      Plaintiff American President Lines, Ltd. is, and at all relevant times

9    was, a corporation duly organized and existing under the laws of the State of

10   Delaware, registered to do business in the State of California.

11   5.      APL is informed and believes, and on that basis alleges that defendant

12   Pactrans Air & Sea, Inc. is, and at all relevant times was, a corporation duly

13   organized and existing under the laws of the State of  Illinois.

14                            **GENERAL ALLEGATIONS**

15   6.      At all relevant times, APL was and still is an ocean carrier of goods

16   for hire, *inter alia*, between U.S. and foreign ports.

17   7.      On or about June 1, 2007, APL and Pactrans Air & Sea, Inc.

18   ("Pactrans") entered into a written service contract, number EB07/0986.

19   8.      Pursuant to service contract number EB07/0986, APL agreed to

20   transport and convey cargo from China, Hong Kong, Indonesia, Sri Lanka,

21   Taiwan, and Vietnam into the United States and Canada on behalf of, and at the

22   request of, Pactrans.

23   9.      As part of the service contract entered into between Pactrans and APL

24   for the transportation and carriage of its cargo, Pactrans expressly agreed to tender

25   the cargo in a quantity sufficient to satisfy a Minimum Volume Commitment

26   ("MVC") as outlined in the service contract between the parties.  Specifically, the

27   service contract stated:

28

21407289.1/06647-0241

1

2          3.  MINIMUM VOLUME COMMITMENT; DEAD

3          FREIGHT; BOOKING

4          (a)  Merchant shall tender not less than the MVC,
           including specific sub-MVCs, if any, as set forth in an
5          Appendix, during the term hereof.  Shipments shall be
           deemed within the scope of this Contract and shall be
6          counted toward the MVC if made by Merchant's parent,
           subsidiary, or other affiliated companies or entities under
7          common control, or by an authorized agent in behalf of
           any such entity, all of which entities must be identified
8          on the signature page or Appendix hereto.  Merchant
           shall remain responsible to Carrier for all obligations of
9          non Merchant parties shipping cargo under this Contract.

10         10.    The MVC, set forth at Appendix A, expressly obligated Pactrans to

11    tender a minimum quantity of carriage of 250 freight equivalent units ("FEU")

12    before the contract's expiration date of April 30, 2008.

13         11.    The service contract between APL and Pactrans contained a liquidated

14    damages provision which provided protection to APL in the event that Pactrans

15    failed to meet the MVC, as it had promised (known in the trade as dead freight).

16    The liquidated damages provision provided that:

17         3.  MINIMUM VOLUME COMMITMENT; DEAD

18         FREIGHT; BOOKING

19         . . . .

20         (b)  If Merchant fails to tender shipments in sufficient
           quantity to meet Merchant's undertakings as set forth in
21         the foregoing subparagraph 3(a), Merchant shall, within
           30 calendar days of receipt of Carrier's invoice, pay
22         deadfreight in the amount of $350 for each FEU by
           which the MVC (or sub-MVCs, as the case might be)
23         exceeds the volume actually tendered.

24         12.    After the contract expired on April 30, 2008, APL reconciled the

25    contract to determine whether Pactrans had fulfilled its MVC and shipped the

26    number of FEUs as promised.

27         13.    APL determined that during the contract's term, Pactrans only shipped

28    7 FEUs against its Minimum Volume Commitment.  As stated above, Pactrans had

COMPLAINT

3

1   promised to ship 250 FEUs under the contract, and thus came up 243 FEUs short.

2   Accordingly, under the terms of the contract, Pactrans became obligated to pay

3   APL a liquidated damages charge ("dead freight") of $85,050.  ($350 for each FEU

4   short of the MVC [$350 x 243 = $85,050]).

5       14.   On or around May 27, 2008, APL issued an invoice for $85,050  and

6   presented it to Pactrans, reflecting the dead freight charges as described above.

7   According to the service contract's terms, Pactrans had 30 days (until June 26,

8   2008) in which to pay the $85,050 invoice.

9       15.   Pactrans failed to pay the invoice within 30 days.  And, despite further

10  demands by APL, Pactrans has failed to pay the dead freight owed to APL in

11  connection with the above-described service contract and there is due and owing to

12  APL, from Pactrans, the amount of $85,050 in dead freight charges, in connection

13  with Service Contract No. EB07/0986.

14      16.   Pactrans is indebted to APL for dead freight associated with the

15  service contract in the amount of $85,050, excluding interest and attorneys' fees.

16

17              **FIRST CAUSE OF ACTION**

18              **(Breach of Maritime Contract)**

19      17.   APL refers to, and by that reference incorporates as if fully set forth

20  herein, each and every allegation set forth in paragraphs 1 through 16, inclusive,

21  hereinabove.

22      18.   Pursuant to the terms of the service contract entered into between the

23  parties, Pactrans expressly agreed that if it failed to tender the respective MVC, it

24  would pay the dead freight charges due and owing under the above-described

25  service contract.

26      19.   APL has performed or tendered performance of all of its obligations

27  under the service contract.

28

21407289.1/06647-0241

1    20.    Pactrans materially breached the terms of the service contract entered

2  into between the parties by failing to tender the appropriate amount of FEUs under

3  the MVC, and by failing pay the dead freight charges within 30 days of receiving

4  APL's invoice, as promised.

5    21.    As a direct and proximate cause of Pactrans' breach of the service

6  contract by failing to tender the appropriate amount of FEUs under its MVC, and

7  by failing to pay the dead freight charges, associated with the service contract,

8  APL has suffered damages in the amount of $85,050 (excluding interest and

9  attorneys' fees).

10

11                    **SECOND CAUSE OF ACTION**

12                            **(Open Account)**

13    22.    APL refers to, and by that reference incorporates as if fully set forth

14  herein, each and every allegation set forth in paragraphs 1 through 21, inclusive,

15  hereinabove.

16    23.    Pactrans owes APL the sum of $85,050 that is due with interest since

17  June 2008, in accordance with the terms of the service contract more fully

18  described above.

19    24.    APL has made demand for payment upon Pactrans and Pactrans has

20  acknowledged receipt of said demand.

21    25.    Pactrans has refused to pay and continues to refuse to pay the

22  outstanding sum due and owing.

23

24                     **THIRD CAUSE OF ACTION**

25              **(Common Count - Services Performed)**

26    26.    APL refers to, and by that reference incorporates as if fully set forth

27  herein, each and every allegation set forth in paragraphs 1 through 25 inclusive,

28  hereinabove.

21407289.1/06647-0241

27.   Pactrans is indebted to APL for the amount of $85,050, for the services APL performed at Pactrans' request.

28.   Pactrans has failed to pay anything towards the dead freight charge of $85,050; therefore, APL is entitled to recover $85,050, excluding interest, for services performed.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff APL Co. Pte., Ltd.  prays as follows:

1.   The Court enter judgment in APL's favor for $85,050, the full amount of APL's claim;

2.   The Court award APL prejudgment interest on all sums as provided by law;

3.   The Court award APL its costs of suit;

4.   The Court award APL its attorneys' fees as per the terms of the service contract;

5.   The Court award APL such other and further relief as the Court may deem proper.

DATED:  September 29, 2010

LUCAS VALLEY LAW

By: _____
Mark K. de Langis
Attorneys for Plaintiff
APL CO. Pte., LTD. and
AMERICAN PRESIDENT LINES, LTD.

COMPLAINT
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Jacqueline Nguyen and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

## CV10- 7347 JHN (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Mark K. de Langis (SBN 190083)
LUCAS VALLEY LAW
2110 Elderberry Lane
San Rafael, CA 94903
(415) 472-3892
mdelangis@lucasvalleylaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. Pte., LTD., a corporation, and AMERICAN PRESIDENT LINES, LTD., a corporation.<br><br>PLAINTIFF(S)<br><br>v.<br><br>PACTRANS AIR & SEA, INC., a corporation,<br><br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10-7347-JHN(SSx)<br><br><br><br>**SUMMONS** |

TO:    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
Mark K. de Langis                                        , whose address is:

Lucas Valley Law
2110 Elderberry Lane
San Rafael, CA  94903


an answer to the  ☒ complaint  ☐_____amended complaint  ☐ counterclaim  ☐ cross-claim
which is herewith served upon you within __21__ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.



Clerk, U.S. District Court

TANYA DURANT

Dated: __10-1-10__                    By: _____
                                                        Deputy Clerk                    1188

                                        *(Seal of the Court)*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
APL Co. Pte., Ltd. a corporation, and American President Lines, Ltd., a corporation

**DEFENDANTS**
PACTRANS AIR & SEA, INC., a corporation;

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Singapore

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Illinois

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Mark K. de Langis (SBN 190083)
mdelangis@lucasvalleylaw.com
Lucas Valley Law    (415) 472-3892
2110 Elderberry Lane, San Rafael, CA  94903

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff      ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☐ Yes  ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No      ☐ **MONEY DEMANDED IN COMPLAINT:** $ 85,050.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Breach of maritime contract. Admiralty and maritime claims within the meaning of FRCP 9(h) and 28 U.S.C. section 1333.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☑ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed?  ☑ No  ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number:   CV10-7347-

CV-71 (07/05)                         CIVIL COVER SHEET                         Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No  ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

   Singapore

List the California County, or State if other than California, in which **EACH** named defendant resides.  (Use an additional sheet if necessary).
☐  Check here if the U.S. government, its agencies or employees is a named defendant.

   Illinois

List the California County, or State if other than California, in which **EACH** claim arose.  (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

   Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  **Date** _____September 29, 2010_____

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors insurance benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |